# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN OLIVER SNOW,
                   Appellant,
          vs.
THE STATE OF NEVADA,
                   Respondent.

No. 78607

FILED

MAY 06 2019

ELIZABETH BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying as moot a motion for an extension of time to file objections to opposition for motion for return of property. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Joseph T. Bonaventure, Senior Judge
       John Oliver Snow
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

19-19687